UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN O. FINZER, JR. and ELIZABETH M. FINZER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 06 C 2176 |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) | Judge Kennelly |
| Defendant. | ) ) | Magistrate Judge Nolan |

**Agreed Motion to Reschedule Status Conference (CORRECTED)**

The United States of America hereby moves this Court to reset the status conference in the above-captioned matter from Monday, March 19, 2007 to Tuesday, April 3, 2007, at 9:00 a.m. The undersigned attorney, who was re-assigned as the lead government attorney in this case on March 9, 2007, has a schedule conflict on March 19, 2007 – a two-day summary judgment hearing in a matter pending before the United States District Court for the Southern District of Ohio – that cannot be rescheduled to accommodate the attorney's initial appearance in this matter.

Counsel for the Plaintiffs do not object to this motion.

Respectfully submitted,

**/s/ Nathaniel J. Dorfman**
NATHANIEL J. DORFMAN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6575

2297946.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Corrected Motion to Reschedule Status Conference has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 12th day of March, 2007:

        Philip L. Mandell
        Pitler & Mandell
        39 South LaSalle Street
        Suite 1220
        Chicago, IL 60603

        /s/ Nathaniel J. Dorfman
        NATHANIEL J. DORFMAN
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6575